THOMAS v. GIBBONS ET AL.

1. **Garnishment:** DEBT "TO BECOME DUE." A debt which is not in existence at the time of garnishment is not a debt "to become due," in the contemplation of section 2975 of the Code. Consequently, wages earned after the service of the garnishment process are not held thereby.

*Appeal from Jefferson District Court.*

THURSDAY, APRIL 19.

THE plaintiff, having obtained a judgment against the defendant, Gibbons, garnished the defendant, the Chicago, Burlington & Quincy R. Co. The answer of the garnishee, upon being taken, showed that Gibbons at the time of the garnishment was employed by the garnishee as a brakeman, and that there was due him at the time of the garnishment, for wages then earned, $9.70, and that the garnishee owed him no other debt at that time, due or to become due. The answer, however, showed that Gibbons continued in the employ of the garnishee, and earned other wages after the garnishment, to the amount of about $144. The court refused to charge the garnishee for such other wages, and rendered judgment for only $9.70. The plaintiff appeals.

*Ratcliff & McCoy*, for appellant.

*J. R. McCrackin*, for appellee.

ADAMS, J.—The question presented arises upon the construction of section 2975 of the Code. The garnishee is re-

quired not to pay any debt due or thereafter to become due. As to the meaning of the words "debt due" there can be no doubt. The question is as to the meaning of the words " debt thereafter to become due." The plaintiff contends that the word *debt*, as used, is not restricted to a debt then exist-. ing, but may also mean any debt which may thereafter origi- nate. But a debt which has yet to originate cannot properly, we think, be said to be a debt which is to become due. Of such a debt nothing can properly be predicated. The words "to become due" are set over against the word "due," and like it are used to describe the word *debt*, which must mean a subsisting debt. *Huntington v. Risdon*, 43 Iowa, 517. We think that the court correctly refused to charge the gar- nishee for a debt which had no existence at the time of the garnishment.

AFFIRMED.